Gholson v. Commonwealth of VA et al | Doc. 4

```
                                        CLERK'S OFFICE U.S. DIST. COURT
                                              AT ROANOKE, VA
                                                   FILED
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF VIRGINIA     MAY 0 5 2006
                     ROANOKE DIVISION
                                              JOHN F. CORCORAN, CLERK
                                              BY:
                                                    DEPUTY CLERK
```

LONNIE GHOLSON,                )
    Plaintiff,              )   Civil Action No. 7:06-cv-00276
                               )
v.                             )   **FINAL ORDER**
                               )
COMMONWEALTH OF VIRGINIA,      )
et. al.,                       )   By: Hon. James C. Turk
    Defendants.             )   Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that plaintiff's application to proceed in forma pauperis is hereby **DENIED**, pursuant to 28 U.S.C. §1915(g), this action is hereby **DISMISSED** without prejudice, and the action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 5th day of May, 2006.

                              /s/ James C. Turk
                              Senior United States District Judge

Dockets.Justia.com