CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 0 5 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LONNIE GHOLSON, </br>     Plaintiff, | Civil Action No. 7:06-cv-00276 |
| v. | **FINAL ORDER** |
| COMMONWEALTH OF VIRGINIA, </br> et. al., </br>     Defendants. | By: Hon. James C. Turk </br> Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that plaintiff's application to proceed in forma pauperis is hereby **DENIED**, pursuant to 28 U.S.C. §1915(g), this action is hereby **DISMISSED** without prejudice, and the action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants.

ENTER: This _5th_ day of May, 2006.

                                                    */s/ James C. Turk*
                                              Senior United States District Judge